

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 12, 2019

**BY ECF & EMAIL**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> A change-of-plea conference in this matter is hereby scheduled for December 18, 2019 at 3:00 p.m.

Re: **United States** v. **Gordon Freedman**, 19 Cr. 249 (AJN)

Dear Judge Nathan:

    The Government writes to notify the Court that the defendant in the above-captioned action has indicated, through counsel, that he intends to plead guilty, pursuant to a plea agreement, to Count Sixteen of the Indictment. The parties have conferred with Your Honor's Chambers and understand that the Court is available for a change of plea proceeding on Wednesday, December 18, 2019 at 3 p.m. The parties respectfully request that the Court schedule the proceeding for that date and time. The Government will provide a copy of the plea agreement to Chambers later today.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

SO ORDERED: 12/16/19

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

By: _____/s/_____
David Abramowicz / Katherine C. Reilly
Assistant United States Attorneys
Tel: (212) 637-6525 / 6521

cc: Samuel Braverman, Esq. (by ECF)