```
UNITED STATES DISTRICT COURT              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             DOCUMENT
-----------------------------------       ELECTRONICALLY FILED
UNITED STATES OF AMERICA                  ORDER AMENDING PRIOR
        Plaintiff                         DOC# ORDER OF DETENTION
        v.                                DATE FILED:  4/7/20

GORDON FREEDMAN                           18 CR 219 (KMW) &
        Defendant                         19 CR 249 (KMW)
-----------------------------------
```

WHEREAS, the above defendant was previously detained by a judge of this Court in the above matter(s), and

NOW ON THE MOTION OF THE DEFENDANT, with the consent from the Government, and with the consent of the Office of Pre-Trial Services, it is hereby

ORDERED that the defendant is now ordered RELEASED ON THE FOLLOWING CONDITIONS:

1. Dr. Gordon Freedman and his brother Jonathan Freedman would sign and co-sign a bond for $1 million (ONE MILLION DOLLARS), secured by $100,000 cash (to be posted by Jonathan Freedman from his personal accounts);

   - Dr. Freedman shall be released upon his signature and his brother's signature on the bond, which may be done in person or electronically, and

   - Dr. Freedman shall have 3 days from the date of his release to post the $100,000 cash security with the District Court Clerk's office;

2. The defendant shall be placed under 24-Hour home incarceration to be enforced by:

   - location monitoring technology to be determined by Pretrial Services;

   - The defendant may only leave his residence for necessary medical services and food shopping, and all other leave from the residence must be approved by Pretrial Services;

   - The defendant is permitted to self-install the monitoring equipment under the direction and instruction of Pretrial Services;

3. Within two weeks of his release, the defendant must purchase or secure an iPhone with Facetime capabilities for remote/virtual monitoring by Pretrial Services;

4. The defendant must report and disclose to Pretrial Services when any cohabitant of the residence, including self, may be symptomatic of any illness;

5. Dr. Freedman shall be released immediately upon (i) his signature on the bond and (ii) the signature of Jonathan Freedman on the bond, and be required to isolate for a period of 14 days prior to living with others to account for his potential exposure to the coronavirus while in BOP custody. A hotel reservation has been made in Dr. Freedman's name and is ready to accept him today at Best Western at Herald Square,

50 West 36th Street, New York, New York.

6. After the 14 day quarantine, Dr. Freedman would reside at the home of Jonathan Freedman or another residence approved by Pretrial Services and the Government;

7. Dr. Freedman's passport is in the custody of Pre-trial Services and he may not apply for any other travel document;

8. Dr. Freedman's travel would be restricted to the SDNY and the EDNY and he shall not leave his residence except for medical visits or for other reasons that are approved in advance by Pretrial Services.

SO ORDERED

DATED: 4/7/20

Hon. Kimba M. Wood
United States District Judge